**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. 06-00032-WS |
| | * | |
| **THINH QUANG NGUYEN** | * | |
| | * | |

**FINAL JUDGMENT OF FORFEITURE**

WHEREAS, on January 3, 2007, the Court entered an Order of Forfeiture, ordering defendant James Benjamin Gamble, III's interest in a 2001 Acura CL Coupe 3.2 S, VIN 19UYA42641Z003151, be forfeited to the United States (Doc. 38); and

WHEREAS, the United States caused to be published in *The Press Register*, a newspaper of general circulation in the Southern District of Alabama, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no third parties have come forward to assert an interest in the property in the time required by 21 U.S.C. § 853(n)(2); and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 846;

NOW, THEREFORE, the Court having considered the matter and been fully advised in the premises, it is hereby **ORDERED, ADJUDGED, and DECREED** that, pursuant to 21 U.S.C. § 853, the 2001 Acura CL Coupe 3.2 S, VIN 19UYA42641Z003151, is forfeited to the

United States of America pursuant to 21 U.S.C. 853.

It is further **ORDERED, ADJUDGED and DECREED** that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law.

The Court shall retain jurisdiction in the case for the purposes of enforcing this order.

The Clerk of the Court shall forward two certified copies of this Order to Assistant U.S. Attorney Gloria A. Bedwell, U.S. Attorney's Office, Southern District of Alabama.

DONE this 4th day of June, 2007.

s/ WILLIAM H. STEELE  
UNITED STATES DISTRICT JUDGE